IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BAYERISCHE MOTOREN ) | |
| WERKE AG and BMW OF ) | |
| NORTH AMERICA, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 05-01257-CV-W-DW |
| ) | |
| BAVARIAN AUTO ) | |
| GROUP, INC., and ) | |
| TURNKEY DIGITAL, LTD.,) | |
| ) | |
| Defendants. ) | |

ORDER

Before the Court is Parties' Stipulation of Dismissal of this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Pursuant to Parties' agreement, the Complaint is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs. Accordingly, the Clerk of the Court shall mark this case as CLOSED.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: April 21, 2006